**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                    Case No. 17-19455-MAM
                                                          Lead Case

CHARIOTS OF PALM BEACH, INC.,            Jointly Administered with
                                                          17-19458-MAM

      Debtor.                                  Chapter 7 Case
_____/

NICOLE TESTA MEHDIPOUR,                      Adversary No.: 19-01281-MAM
CHAPTER 7 TRUSTEE,

      Plaintiff,

v.

TRANSAMERICA LIFE INSURANCE
COMPANY,

      Defendant.
_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff, NICOLE TESTA MEHDIPOUR, as the Chapter 7 Trustee for the bankruptcy estates of Chariots of Palm Beach, Inc. and H & S, Inc. hereby voluntarily dismisses with prejudice the above-captioned adversary proceeding against Defendant, TRANSAMERICA LIFE INSURANCE COMPANY, filed on July 26, 2019, with each party bearing their own attorneys' fees, costs, and expenses incurred in connection with this action.

Dated: February 26, 2020.

Respectfully Submitted,

**WARGO & FRENCH, LLP**
*Counsel for Plaintiff*
201 S. Biscayne Blvd.
Suite 1000
Miami, Florida 33131
Telephone:      (305) 777-6000
Facsimile:      (305) 777-6001

By:    /s/ *Nicola A. Gelormino, Esq.*
    Nicola A. Gelormino, Esq.
    Florida Bar No. 0091432
    ngelormino@wargofrench.com
    Kristopher E. Aungst, Esq.
    Florida Bar No. 0055348
    kaungst@wargofrench.com
    Michael C. Foster, Esq.
    Florida Bar No. 0042765
    mfoster@wargofrench.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 26, 2020, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

/s/ *Nicola A. Gelormino, Esq.*
Nicola A. Gelormino, Esq.

2

## SERVICE LIST

**19-01281-MAM Notice will be electronically mailed to:**

Kristopher Aungst, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
kaungst@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Michael Foster on behalf of Plaintiff Nicole Testa Mehdipour
mfoster@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Nicola A Gelormino on behalf of Plaintiff Nicole Testa Mehdipour
ngelormino@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

**19-01281-MAM Notice will not be electronically mailed to:**

Transamerica Life Insurance Company
c/o Registered Agent, CEO
200 E Gaines St
Tallahassee, FL 32399

Susan D. Duff
570 Carillon Parkway
MS 250W
St. Petersburg, FL 33716